APOLONIO SERDIN v. THE STATE.

No. 9193—Delivered June 10, 1925.

**Theft—Judgment Affirmed.**

There being no statement of facts nor bills of exception in the record, the judgment is affirmed.

Appeal from the Criminal District Court of Cameron County. Tried below before the Hon. A. W. Cuningham, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is condemned to two years confinement in the penitentiary upon conviction for theft of one hundred and fifty dollars.

The record contains neither statements of facts nor bills of exception. In such condition nothing is presented to this court for review.

The judgment is affirmed.